AARON D. FORD
Attorney General
WILLIAM P. SHOGREN, Bar No. 14619
Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1257
E-mail: wshogren@ag.nv.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JIN ACKERMAN, | Case No. 3:22-cv-00035-RCJ-CLB |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO DISMISS WITH PREJUDICE |
| HANF, et al., | |
| Defendants. | |

Defendants, by and through counsel, Aaron D. Ford, Nevada Attorney General, and William P. Shogren, Deputy Attorney General, of the State of Nevada, Office of the Attorney General; and Plaintiff Jin Ackerman, *pro se*, under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, stipulate that the above-captioned action shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

///
///
///
///
///
///
///
///

1 | The Parties have resolved this matter in its entirety and agree that the Court may accordingly close the case, with prejudice. Any outstanding deadlines are considered moot.

DATED this ___ day of August, 2022.   DATED this 9th day of August, 2022.

AARON D. FORD
Attorney General

By: /s/ William Shogren
William P. Shogren, (Bar No. 14619)
*Attorneys for Defendant*

JIN ACKERMAN #1189373
Plaintiff, *Pro Se*

## ORDER

**IT IS SO ORDERED.** This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.

DATED August 16, 2022.

_____
UNITED STATES DISTRICT JUDGE