# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JIN ACKERMAN,<br><br>       Plaintiff,<br><br> v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>       Defendants. | Case No. 3:22-CV-00035-RCY-CLB<br><br>**ORDER GRANTING MOTION TO WITHDRAW ECF NO. 14**<br><br>[ECF Nos.14, 16] |

On September 14, 2022 Plaintiff Jin Ackerman ("Ackerman") filed a motion for dismissal of the motion to enforce stipulations at ECF No. 14. (ECF NO. 16.) The Court construes this motion as a motion to withdraw ECF No. 14. (ECF No. 16). The Court GRANTS Ackerman's motion to withdraw, (ECF No. 16), and finds that the motion docketed at ECF No. 14 shall be deemed withdrawn.

**IT IS SO ORDERED.**

DATED: September 14, 2022.

                             **UNITED STATES MAGISTRATE JUDGE**